### (September 29, 1969)

In the Matter of LUCIE STERLING.— Application for admission to the Bar denied. The applicant has failed to comply with all requirements as to residence in New York (CPLR 9406; Rules of the Court of Appeals for Admission of Attorneys and Counselors-at-law, rule II; 22 NYCRR Part 521). Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.